UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISON

CASE NO. 0:23-cv-61400-CMA

SANTIAGO ABREU,

    Plaintiff,

v.

PRINCE BUSH HOTELS, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, SANTIAGO ABREU ("Plaintiff"), and Defendant, PRINCE BUSH HOTELS, INC ("Defendant"), (collectively, the "Parties"), by and through their undersigned counsel, hereby advise the Court that the Parties have reached an agreement to settle this case. The Parties will file appropriate documents for the dismissal of this case, *with prejudice*, which they reasonably expect to do no later than thirty (30) calendar days from the date of this Notice. Accordingly, the Parties respectfully request that the Court stay or set aside all currently set deadlines.

| | |
|---|---|
| Dated: August 31, 2023 | Respectfully submitted, |
| By: /s/ *Benjamin D. Sharkey* | By: /s/ *Jonathan Arias* |
| Benjamin D. Sharkey | Jonathan Arias |
| Florida Bar No. 0389160 | Florida Bar No. 126137 |
| Benjamin.Sharkey@jacksonlewis.com | jarias@theonyx.group |
| JACKSON LEWIS P.C. | THE ONYX GROUP |
| 501 Riverside Avenue, Suite 902 | 8325 N.E. 2nd Ave., Suite 315 |
| Jacksonville, Florida 32202 | Miami, Florida 33138 |
| Telephone: (904) 638-2655 | Telephone: (786) 504-5760 |
| Facsimile: (904) 638-2656 | Facsimile: (305) 602-5988 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

4871-2322-1373, v. 1