**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-61400-CIV-ALTONAGA/Strauss**

**SANTIAGO ABREU**,

     Plaintiff,

v.

**PRINCE BUSH HOTELS, INC.**,

     Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  On August 31, 2023, the Court entered

an Order Administratively Closing Case [ECF No. 16] requiring the parties to file a stipulation of

dismissal within sixty (60) days of the Order.  To date, no stipulation of dismissal has been filed,

nor have the parties requested additional time to comply.  Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2023.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record